**Motion Granted and Continuing Abatement Order filed February 22, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00912-CV

_____

**FOXX STUDIO AND HOSSAIN JOHARI, Appellants**

**V.**

**AYVA CENTER LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1076577**

---

## CONTINUING ABATEMENT ORDER

The court abated this appeal on December 19, 2017 to allow the parties to mediate this case. On February 16, 2018, appellants filed an unopposed motion to extend the abatement period to allow the parties to engage in settlement discussions. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until March 19, 2018. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or

other dispositive motion.  The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM